NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HITKANSUT LLC, ACCELEDYNE TECHNOLOGIES, LTD, LLC,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Cross-Appellant*

---

2017-1853, 2017-1856

---

Appeals from the United States Court of Federal Claims in No. 1:12-cv-00303, Judge Charles F. Lettow.

---

## JUDGMENT

---

JOHN S. ARTZ, Dickinson Wright PLLC, Troy, MI, argued for plaintiffs-appellants. Also represented by JOHN A. ARTZ, FRANK MICHAEL SMITH.

GARY LEE HAUSKEN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-cross-appellant. Also represented by CHAD A. READLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* SCHALL and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


 May 9, 2018            /s/ Peter R. Marksteiner
Date            Peter R. Marksteiner
           Clerk of Court